IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |  |
|---|---|---|
| **TALLI McFADDEN,** : | | |
|      Petitioner : | | |
| : | No. 1:21-cv-01477 | |
| v. : | | |
| : | (Judge Kane) | |
| **HERMAN QUAY,** : | | |
|      Respondent : | | |

## ORDER

**AND NOW**, on this 29th day of October 2021, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. No. 1) is **DENIED**; and

2. The Clerk of Court is directed to **CLOSE** the above-captioned case.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania