IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TALLI MCFADDEN,** : | | |
| Petitioner : | | |
| : | No. 1:21-cv-01477 | |
| v. : | | |
| : | (Judge Kane) | |
| **HERMAN QUAY,** : | | |
| Respondent : | | |

**ORDER**

**AND NOW**, on this 26th day of April 2023, upon consideration of pro se Petitioner Talli McFadden ("Petitioner")'s second motion for reconsideration (Doc. No. 25), and in accordance with the Court's accompanying Memorandum, **IT IS ORDERED THAT**:

1. Petitioner's second motion for reconsideration (Doc. No. 25) is **DENIED**; and

2. The above-captioned action shall remain **CLOSED**.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania